IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK VELARDE, ) | No. CV-F-04-6244 OWW |
| ) | (No. CR-F-02-5451 OWW) |
| ) | |
| ) | ORDER DENYING PETITIONER'S |
| Petitioner, ) | MOTION TO VACATE, SET ASIDE |
| ) | OR CORRECT SENTENCE PURSUANT |
| vs. ) | TO 28 U.S.C. § 2255 |
| ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| Respondent. ) | |
| ) | |
| _____ ) | |

On September 1, 2004, petitioner Nick Velarde timely filed a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255.

Petitioner contends that his "sentence that was imposed was by the USDC, became illegal & unconstitutional, as well as violating my Sixth Amendment right to a Jury Trial, on 06/24/2004, when the U.S. Supreme Court filed their opinion in Blakely v. Washington, 124 S.Ct. 2531 (June 24, 2004). The USDC erred in sentencing me by considering factors not found by a jury, pursuant to Blakely."

1

Petitioner's motion is without merit.  Petitioner pleaded guilty pursuant to a written Plea Agreement and was sentenced on September 29, 2003.  Petitioner did not file a Notice of Appeal. *Blakely* does not apply retroactively to cases on collateral review.  *United States v. Cruz*, 423 F.3d 1119 (9th Cir.2005), *cert. denied* ___ U.S. ___, 126 S.Ct. 1181 (2006); *Schardt v. Payne*, 414 F.3d 1025 (9th Cir.2005).

ACCORDINGLY, as set forth above:

1.  Petitioner Nick Velarde's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 is DENIED.

IT IS SO ORDERED.

**Dated:   November 27, 2006**                        /s/ Oliver W. Wanger
668554                                                                UNITED STATES DISTRICT JUDGE